UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DARIN JEROME FRENCH,<br><br>    Defendant. | 3:08-CR-0066-LRH-RAM<br><br>ORDER |

Before the court is the United States' motion to strike defendant Darin Jerome French's ("French") reply to his motion for a new trial (Doc. #154[1]) for failure to comply with the filing requirements of this court. Doc. #155.

Pursuant to Rule 49 of the Federal Rules of Criminal Procedure, a party filing a document must comply with all the filing requirements for a civil action. FED. R. CRIM. P. 49(d). In a civil action, all documents must be signed and dated when they are filed. *See* Fed. R. Civ. P. 5(d)(3).

Here, French filed his initial motion for a new trial on September 9, 2010. *See* Doc. #152. The motion was accompanied by a signature page signed by French and dated September 9, 2010. *Id*. However, when French filed his reply on September 30, 2010, the accompanying signature page was also dated September 9, 2010. *See* Doc. #154. After reviewing both motions, the court

---

[1] Refers to the Court's docket number.

finds that the reply was composed from a previously signed page which was attached to the reply after it was written. Therefore, it appears to the court that another person who is not counsel of record is preparing and filing documents with the court on behalf of defendant through the use of pre-signed and dated pages which are then attached to the pleadings in violation of the filing rules of this court. Accordingly, the court shall grant the United State's motion and strike French's reply.

IT IS THEREFORE ORDERED that the United States' motion to strike (Doc. #155) is GRANTED. The clerk of court shall STRIKE defendant French's reply to the motion for a new trial (Doc. #154) in accordance with this order.

IT IS SO ORDERED.

DATED this 21st day of October, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE